1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant FRANCISCO SILVA
5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )
                                         )   No. CR 11-00534 CW (LB)
12                   Plaintiff,          )
                                         )   STIPULATION AND
13       v.                              )   [PROPOSED] ORDER MODIFYING
                                         )   CONDITIONS OF RELEASE TO
14 FRANCISCO JOSE SILVA,                 )   REMOVE ELECTRONIC
   GEISELL CECILIA OROZCO,               )   MONITORING AND CURFEW
15 MERCEDES LARA,                        )
                                         )
16                                       )
                     Defendants.         )
17

18
        IT IS HEREBY STIPULATED, by and among the parties to this action, that the conditions of
19
   release for Francisco Jose Silva, Geisell Cecilia Orozco, and Mercedes Lara, may be modified to
20
   delete the condition of electronic monitoring and a curfew as conditions of release. Mr. Silva, Ms.
21
   Orozco and Ms. Lara have all been in compliance with their conditions of release. United States
22
   Pretrial Officer Anthony Granados, who supervises all three defendants, has written a memo to the
23
   Court dated October 26, 2011, specifically requesting that these two conditions be deleted. All other
24
   conditions of release would remain the same. The parties also agree that the bail review hearing
25

26
   *U.S. v. Francisco Silva, et al.*
   CR 11-00534 CW (LB); RE: Modifying
   EMC                                        - 1 -

currently scheduled for December 6, 2011 at 9:30 a.m. before Honorable Magistrate Laurel Beeler may be vacated.

DATED: 12/01/11                               /s/
                                      JOYCE LEAVITT
                                      Attorney for Francisco Silva

DATED: 12/01/11                               /s/
                                      LAURA ROBINSON
                                      Attorney for Geisell Orozco

DATED: 12/01/11                               /s/
                                      JEFREY GLENN
                                      Attorney for Mercedes Lara

DATED: 12/01/11                               /s/
                                      ANDREW S. HUANG
                                      Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for Francisco Jose Silva, Geisell Cecilia Orozco, and Mercedes Lara may be modified to delete the conditions that they be subject to electronic monitoring and a curfew. All other conditions shall remain the same.

IT IS FURTHER ORDERED that the bail review hearing scheduled for December 6, 2011, at

*U.S. v. Francisco Silva, et al.*
CR 11-00534 CW (LB); RE: Modifying
EMC                                           - 2 -

1  9:30 a.m. is hereby vacated.

2      SO ORDERED.

3  DATED: December 2, 2011

4                                            LAUREL BEELER
                                          United States Magistrate Judge

*U.S. v. Francisco Silva, et al.*
CR 11-00534 CW (LB); RE: Modifying
EMC                                           - 3 -